M. P. No. 80-34. IN THE MATTER OF DEBORAH A. The

petition for writ of certiorari and motion for stay are denied.

Mr. Justice Doris did not participate. *Mary M. Lisi, Paula Rosin*, Assistant Public Defenders, for petitioner, *Dennis J. Roberts II*, Attorney General, *Faith A. LaSalle*, Special Assistant Attorney General, for respondent.